**Cecile Van Gronigen, Plaintiff-Appellant, v. Richard Van Gronigen, Defendant-Appellee.**

**Gen. No. 11,304.**

Second District, First Division.

November 24, 1959.

Released for publication December 10, 1959.

Wayne P. Dyer and Donald D. Zeglis, for appellant; Bissonnette and Nutting, for appellee. Opinion by JUSTICE DOVE. **Not to be published in full.**